**Order entered February 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01494-CV

**VIRGINIA ROE HINTON F/K/A VIRGINIA ROE BURNS, Appellant**

**V.**

**DENIS LYONS BURNS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-51720-2012**

## ORDER

We **GRANT** appellant's February 20, 2013 unopposed motion for an extension of time to

file an amended brief. Appellant shall file her amended brief on or before March 1, 2013.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE